UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TIMOTHY CONTRERAS, ) <br> ) <br> Defendant. ) | 03:03-CR-076-HDM(VPC) <br><br> ORDER OF REMISSION |

Based on the foregoing, and in the interest of justice, the unpaid portion of the fine and assessment imposed against the defendant including interest and penalties is hereby remitted.

DATED this 15th day of November, 2010.

*Howard D. McKibben*

United States District Judge